1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   ERIK FLORES-GONZALES,

10          Petitioner,                      Case No. 3:10-CV-00751-ECR-(VPC)

11   vs.                                     **ORDER**

12   UNITED STATES OF AMERICA

13          Respondent.

14

15          Petitioner has submitted a request for final disposition of United States Marshals'

16   hold, pursuant to the Interstate Agreement on Detainers Act.  This action has been docketed as a

17   petition for a writ of habeas corpus.  Petitioner has not paid the filing fee, nor has he submitted an

18   application to proceed in forma pauperis.

19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1    IT IS THEREFORE ORDERED petitioner shall file an application for leave to

2  proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his

3  inmate account.  The clerk of the court shall send petitioner a blank application form for

4  incarcerated litigants.  In the alternative, petitioner shall make the necessary arrangements to pay the

5  filing fee of five dollars ($5.00), accompanied by a copy of this order.  Petitioner shall have thirty

6  (30) days from the date that this order is entered to comply.  Failure to comply will result in the

7  dismissal of this action.

8    DATED:   January 20, 2011

9

10  _____

11  EDWARD C. REED
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28